| | | |
|---|---|---|
| SENTENCING MINUTES | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA WAYCROSS DIVISION | **JUDGE:** LISA GODBEY WOOD **DATE:** 11/27/2023 |

**CRIMINAL CASE NO. CR 521-9**
**UNITED STATES OF AMERICA VS. Luis Alberto Martinez**

COURTROOM DEPUTY SHARP     COURT REPORTER GILBERT

**ATTORNEY(S) FOR THE GOVERNMENT:** Tania Groover

**ATTORNEY(S) FOR THE DEFENDANT:** Jason Moon

U.S. PROBATION OFFICER: Renfroe

DEFENDANT SENTENCED ON COUNT(S): 53

- [X] Presence Report Reviewed In Full
- [ ] Objections to Factual Basis
- [ ] Objections To Guidelines Calculations
- [ ] Changes Ordered in Factual Basis/Calculations
- [X] No Changes Ordered
- [X] Findings Of The Court

Custody __12 + 1 day__ Months B.O.P.
Probation __none__
Supervised Release __3__ Years
Special Conditions __as directed by the court__
Fine $ __no fine__
Restitution $ __4,739.47 (j/s)__
Special Assessment $ __100__
To Be Paid __as directed by the court__
Community Service __none__
Facility Recommended __FCI Jesup__
Defendant Remanded To The USM __No__
Voluntary Surrender __Yes w/in 30 days by 2:00 pm__
To USM [ ]  To Facility [X]
Appeal Waiver [X]
Sentencing Memo/Motions Reviewed [X]
Motions Granted [X]  Restitution __4,739.47__

Total Offense Level __21__
Criminal History __I__
Guideline Range __37-46__
Supervised Release __1-3 years__
Fine __15,000-150,000__
Special Assessment __$100__
__No__ Minimum - __20 Years__ Maximum

- [ ] Witnesses Testify
- [X] Statements Of Counsel
- [X] Statements By Defendant
- [X] Sentence Pronounced

U.S. Deputy Marshal __Jay__
Court Security Officer __Ron__

Time __10:06__ to __10:28__ Total __22 Mins__